# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES, | 1:08-CV-01888-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (ECF NO. 11) |
| BROUHAS, et al., | RESPONSE DUE WITHIN 20 DAYS |
| Defendants. | |

Plaintiff Christopher Valles ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2010, the Court issued an order directing Plaintiff to submit completed service documents for the United States Marshal to effect service of process, within thirty days. (ECF No. 11.) The deadline has passed, and Plaintiff has not submitted the service documents or otherwise complied with this order. Accordingly, Plaintiff is HEREBY ORDERED to show cause within **twenty (20) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order. The failure to respond to this order or to show cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated: **July 13, 2010**        /s/ **Dennis L. Beck**
                UNITED STATES MAGISTRATE JUDGE

1