# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br><br>        Plaintiff,<br><br>    v.<br><br>GREENMAN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-CV-01888-DLB PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(DOCS. 12, 13)<br><br>ORDER VACATING MAY 14, 2010 ORDER<br><br>(DOC. 11) |

      Plaintiff Christopher Valles ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 17, 2010, the Court issued an order directing Plaintiff to submit completed service documents for the United States Marshal to effect service, within thirty days. The deadline passed, and Plaintiff did not submitted the service documents or otherwise complied with this order. On July 13, 2010, The Court ordered Plaintiff to show cause why this action should not be dismissed for failure to obey a court order. On July 27, 2010, Plaintiff filed his response.

      Plaintiff contends that he is concerned of reprisal against him by Defendant in this action. Plaintiff wants to proceed in this action but fears for his safety. Plaintiff also contends that the correct spelling of Defendant's name is "M. Barajas."

      Plaintiff must decide whether he wishes to proceed in this action. The Court has no jurisdiction over parties not before it. The Court will vacate its May 14, 2010 Order and issue a second order directing Plaintiff to submit service documents in this action. If Plaintiff fails to

comply with that order, the Court will dismiss Plaintiff's action for failure to obey a court order.

Based on the foregoing, the Court's Order to Show Cause, filed July 13, 2010, is HEREBY DISCHARGED as stated herein. The Court's May 14, 2010 Order is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **August 27, 2010**              /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

2