1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

7
EASTERN DISTRICT OF CALIFORNIA

8
9
CHRISTOPHER VALLES,                         CASE NO. 1:08-CV-01888-DLB PC

            Plaintiff,

10                                          ORDER FINDING SERVICE OF SECOND
                                            AMENDED COMPLAINT APPROPRIATE
11       v.                                 AND FORWARDING DOCUMENTS TO
                                            PLAINTIFF
12  GREENMAN, et al.,
                                            (DOC. 10)
13                  Defendants.
                                    /
14

15          Plaintiff Christopher Valles ("Plaintiff") is a California state prisoner proceeding pro se

16  and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

17          The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A

18  and finds that it states a cognizable claim for relief under§ 1983 against Defendant M. Barajas for

19  violation of the Eighth Amendment.

20          Accordingly, IT IS HEREBY ORDERED that:

21       1.      Service is appropriate for Defendant

22              MTA M. BARAJAS

23       2.      The Clerk of the Court shall send Plaintiff one (1) USM-285 forms, one (1)

24              summons, a Notice of Submission of Documents form, an instruction sheet and a

25              copy of the second amended complaint filed November 9, 2009.

26       3.      Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete

27              the attached Notice of Submission of Documents and submit the completed

28              Notice to the Court with the following documents:

1

1         a.      Completed summons;

2         b.      One completed USM-285 form for the defendant listed above; and

3         c.      two (2) copies of the endorsed second amended complaint filed November

4                9, 2009.

5    4.      Plaintiff need not attempt service on Defendants and need not request waiver of

6         service.  Upon receipt of the above-described documents, the court will direct the

7         United States Marshal to serve the above-named Defendants pursuant to Federal

8         Rule of Civil Procedure 4 without payment of costs.

9    5.      The failure to comply with this Order will result in dismissal of this action.

10   IT IS SO ORDERED.

11   **Dated:**   **September 1, 2010**          /s/ **Dennis L. Beck**

                                    UNITED STATES MAGISTRATE JUDGE