# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES, | CASE NO. 1:08-CV-01888-LJO-DLB PC |
| Plaintiff, | ORDER STRIKING MOTION |
| v. | (DOC. 24) |
| E. GREENMAN, et al., | |
| Defendants. / | |

Plaintiff Christopher Valles ("Plaintif") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's second amended complaint against Defendant M. Barajas.

Pending before the Court is a motion, filed March 8, 2011, on behalf of Plaintiff. It was filed by Mr. Eric Brian Ojeda, an inmate. Mr. Oejada is not a party to this action, is not counsel for Plaintiff, and has no cause to appear before the Court. Plaintiff cannot use Mr. Ojeda to appear on his behalf in this matter. *See* L.R. 183(a) ("Any individual who is representing himself or herself without an attorney must appear personally . . . and may not delegate that duty to any other individual . . . ."). Accordingly, it is HEREBY ORDERED that the motion filed March 8, 2011, is STRICKEN.

IT IS SO ORDERED.

Dated:   June 3, 2011                          /s/ Dennis L. Beck
                                     UNITED STATES MAGISTRATE JUDGE

1