IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES, | 1:08-cv-01888-LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO CONDUCT DISCOVERY |
| vs. | |
| E. GREENMAN, et al., | (Motion#28) |
| Defendants. | Discovery Cut-off Date: November 7, 2011 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 7, 2011, defendant filed a motion to extend time to conduct discovery. The Court treats the motion as one to modify the Court's scheduling order, which requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant's motion to modify the discovery cut-off date is GRANTED. The discovery cut-off date is November 7, 2011.

IT IS SO ORDERED.

Dated:   **September 15, 2011**          **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE