1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   CHRISTOPHER VALLES,                    1:08-cv-01888-LJO-DLB (PC)

12              Plaintiff,                   ORDER GRANTING DEFENDANT'S
                                            MOTION TO EXTEND TIME TO
13        vs.                               CONDUCT DISCOVERY

14   E. GREENMAN, et al.,                   (Motion#28)

15              Defendants.                 Discovery Cut-off Date: November 7, 2011

16   _____/

17        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On September 7, 2011, defendant filed a motion to extend time to conduct discovery.

19   The Court treats the motion as one to modify the Court's scheduling order, which requires a

20   showing of good cause.  Fed. R. Civ. P.  16(b)(4).  Good cause having been presented to the

21   court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

22        Defendant's motion to modify the discovery cut-off date is GRANTED. The discovery

23   cut-off date is November 7, 2011.

24        IT IS SO ORDERED.

25   **Dated:    September 15, 2011**          _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
26
27
28