1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7  CHRISTOPHER VALLES,                        CASE NO. 1:08-CV-01888-LJO-DLB PC

8                    Plaintiff,               ORDER GRANTING REQUEST TO
                                              CONDUCT DEPOSITION VIA VIDEO
9         v.                                  CONFERENCE

10 M. BARAJAS, et al.,                        (DOC. 37)

11                   Defendants.
   _____/

12

13        Plaintiff Christopher Valles ("Plaintiff") is a California state prisoner proceeding pro se

14 and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 19,

15 2012, Defendant filed a request to conduct Plaintiff's deposition via video conference.  *See* Fed.

16 R. Civ. P. 30(b)(4).  Defendant contends that Plaintiff is incarcerated at Avenal State Prison, in

17 Avenal, California, and a deposition via video conference would save on unnecessary travel

18 expenses and is in the interest of judicial economy.  Defendant's counsel is in Sacramento,

19 California.

20        The Court finds Defendant's request reasonable.  Accordingly, it is HEREBY ORDERED

21 that Defendant's request to conduct Plaintiff's deposition via video conference is GRANTED.

22 Nothing in this order shall be interpreted to require that Avenal State Prison provide video

23 conferencing equipment if it does not already have such equipment available.  The deposition

24 must be completed on or before March 9, 2012.  The discovery cut-off date is extended for this

25 limited purpose.

26        IT IS SO ORDERED.

27   **Dated:   February 1, 2012**          _____ **/s/ Dennis L. Beck** _____
                                            UNITED STATES MAGISTRATE JUDGE

28