# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br><br>    Plaintiff,<br><br>    v.<br><br>M. BARAJAS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-CV-01888-LJO-DLB PC<br><br>ORDER GRANTING REQUEST TO CONDUCT DEPOSITION VIA VIDEO CONFERENCE<br><br>(DOC. 37) |

Plaintiff Christopher Valles ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 19, 2012, Defendant filed a request to conduct Plaintiff's deposition via video conference. *See* Fed. R. Civ. P. 30(b)(4). Defendant contends that Plaintiff is incarcerated at Avenal State Prison, in Avenal, California, and a deposition via video conference would save on unnecessary travel expenses and is in the interest of judicial economy. Defendant's counsel is in Sacramento, California.

The Court finds Defendant's request reasonable. Accordingly, it is HEREBY ORDERED that Defendant's request to conduct Plaintiff's deposition via video conference is GRANTED. Nothing in this order shall be interpreted to require that Avenal State Prison provide video conferencing equipment if it does not already have such equipment available. The deposition must be completed on or before March 9, 2012. The discovery cut-off date is extended for this limited purpose.

IT IS SO ORDERED.

Dated:   **February 1, 2012**          /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE