# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E. GREENMAN, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | CASE NO. 1:08-cv-01888-LJO-DLB PC<br><br>ORDER STRIKING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(DOC. 39) |

　　　Plaintiff Christopher Valles ("Plaintiff") is California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 24, 2012, Plaintiff filed a motion for clarification. Doc. 39. Plaintiff's motion is unsigned. Accordingly, the Court is required to strike Plaintiff's motion. Fed. R. Civ. P. 11(a).

　　　In the interest of judicial economy, the Court will address some of Plaintiff's inquiries. Plaintiff will be provided an opportunity to review a transcript of the deposition upon request, and to make any changes. Fed. R. Civ. P. 30(e)(1). A copy of the transcript of the deposition will not be provided to the Court unless it is necessary to do so during the course of this action. No exhibits should be provided to the Court unless it is necessary to do so during the course of this action.

　　　IT IS SO ORDERED.

　　　Dated:　**April 4, 2012**　　　　　　　　　／s／ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1