# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>E. GREENMAN, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:08-cv-01888-LJO-DLB PC<br><br>ORDER REGARDING DEFENDANT'S REQUEST TO FILE DISPOSITIVE MOTION<br><br>(ECF No. 52)<br><br>PLAINTIFF'S RESPONSE DUE WITHIN FOURTEEN DAYS |

　　　　Plaintiff Christopher Valles ("Plaintiff") is California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant M. Barajas for deliberate indifference to a serious medical need in violation of the Eighth Amendment.  This matter is set for a telephonic trial confirmation hearing on August 2, 2012, and for trial on September 5, 2012, before the Honorable Lawrence J. O'Neill.  On July 26, 2012, Defendant Barajas filed a pretrial statement.  ECF No. 52.  In the pretrial statement, Defendant requests that the Court grant Defendant leave to file a dispositive motion.  Defendant had previously filed a motion on May 29, 2012, requesting leave to file a dispositive motion.  On June 27, 2012, that motion was denied because Defendant did not present good cause.

　　　　In the pretrial statement, Defendant's counsel includes additional information regarding the circumstances as to why Defendant's counsel failed to file a dispositive motion.  In light of

the additional information presented, the Court finds that good cause may exist to permit the parties leave to file dispositive motions, rather than proceed with an unnecessary trial. Plaintiff will be provided an opportunity to respond to Defendant's request to file a dispositive motion. The Court will vacate the telephonic trial confirmation hearing and trial date, and will set new deadlines should need for them later arise.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff is granted fourteen (14) days from the date of service of this order in which to file a response to Defendant's request to file a dispositive motion, and Defendant is provided seven (7) days from the date of service of Plaintiff's response in which to file a reply, if any; and

2. The August 2, 2012 telephonic trial confirmation hearing and September 5, 2012 trial date to be held before the Honorable Lawrence J. O'Neill are vacated.

IT IS SO ORDERED.

Dated:   **July 27, 2012**                                /s/ *Dennis L. Beck*
                                                                    UNITED STATES MAGISTRATE JUDGE