# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. BARAJAS, et al.,<br><br>　　　　　Defendants. | Case No. 1:08-cv-01888-LJO-DLB PC<br><br>**ORDER GRANTING PARTIES LEAVE TO FILE DISPOSITIVE MOTIONS**<br><br>**Dispositive Motion Deadline: October 12, 2012** |

Plaintiff Christopher Valles ("Plaintiff") is California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendant M. Barajas for deliberate indifference to a serious medical need in violation of the Eighth Amendment. On July 26, 2012, counsel for Defendant Barajas requested that she be granted leave to file a motion for summary judgment despite the dispositive motion deadline having passed. ECF No. 52. In light of Defendant's counsel's declaration, on July 27, 2012, the Court found that good cause may exist to permit Defendant to file a dispositive motion. Plaintiff was provided fourteen days in which to respond to the order. No response was timely filed.

In light of Defendant's counsel's declaration submitted on July 26, 2012, the Court finds good cause to modify the schedule in this action. Accordingly, it is HEREBY ORDERED that the parties are granted up to and including October 12, 2012 by which to serve and file a dispositive motion. No extensions of time for the filing of dispositive motions will be granted.

IT IS SO ORDERED.

Dated:　**August 24, 2012**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1