# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALLES,<br><br>      Plaintiff,<br><br>  v.<br><br>M. BARAJAS,<br><br>      Defendant. | Case No. 1:08-cv-01888-LJO-DLB PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION**<br><br>ECF No. 66 |

      Plaintiff Christopher Valles ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Second Amended Complaint, filed November 9, 2009, against Defendant M. Barajas for deliberate indifference to a serious medical need in violation of the Eighth Amendment. On December 10, 2012, Plaintiff filed a motion requesting that Defendant Barajas's motion for extension of time be denied. The matter is submitted pursuant to Local Rule 230(l).

      Plaintiff moves for a denial of Defendant's motion because Defendant's counsel is not incarcerated, an attorney, and this is a form of harassment or delay. Plaintiff's motion is denied. The Court by separate order granted Defendant's motion. ECF No. 71. Plaintiff provides no persuasive argument why Defendant's motion should have been denied.

IT IS SO ORDERED.

    Dated: **April 26, 2013**　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1